**FILED - GR**
October 15, 2024 2:01 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: JW / 10-15

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

CASE NO.: 1:24-cv-00905-RJJ-PJG

SIFUENTES, et al

    Plaintiffs,

vs.

JERICO PICTURES, INC.

    Defendant,

_____/

## SUGGESTION OF BANKRUPTCY

COMES NOW, Defendant, JERICO PICTURES, INC. d/b/a/ NATIONAL PUBLIC DATA ("Defendant"), by and through their undersigned attorney, and would show the Court:

1. JERICO PICTURES, INC. filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida, which bears the case number: **24-20281-SMG**.

2. Relief was ordered on October 2, 2024.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, Jerico Pictures, Inc., suggests that this action has been stayed by the operation of 11 U.S.C. §362.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 7th Day of October, 2024, via USPS First Class Mail to David Angel Sifuentes, III, 439 More Street, NE, Unit 2, Grand Rapids, MI 49503.

**KELLEY KRONENBERG**
*Bankruptcy Counsel for the Defendant*
10360 West State Road 84
Fort Lauderdale, FL 33324
Telephone: 954-370-9970
Fax: 954-382-1988
Primary Email: agasparri@kelleykronenberg.com
Secondary Email: aagaeservice@kelleykronenberg.com

By: */s/ Angelo A. Gasparri II*
ANGELO A. GASPARRI II, ESQ.
    Florida Bar No: 32158

**Western District of Michigan (Southern Division (1))**
**CIVIL DOCKET FOR CASE #: 1:24-cv-00905-RJJ-PJG**

Sifuentes v. National Public Data
Assigned to: Judge Robert J. Jonker
Referred to: Magistrate Judge Phillip J. Green
Demand: $900,000
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 09/04/2024
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**plaintiff**

**RESTRICTED FILER David Angel Sifuentes, III**

represented by David Angel Sifuentes, III
439 More St. NE, Unit 2
Grand Rapids, MI 49503
(616) 283-5215
PRO SE

V.

**defendant**

**National Public Data**

TO:  The Clerk of the Court of United District Court
     Western District of Michigan

Please find enclosed a true and correct copy of our Suggestion of Bankruptcy to be filed on the docket for the following case:

CASE NUMBER:  1:24-cv-00905-RJJ-PJG

CASE STYLE: David Angel Sifuentes, III v National Public Data

The filing is made on behalf of the defendant Jerico Pictures Inc., d/b/a National Public Data.

If possible, we would appreciate confirmation of this filing to be mailed to us at Kelley Kronenberg-AAG UNIT, 10360 W. State Road 84, Fort Lauderdale, FL 33324.

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

Expected delivery date specified fo
Domestic shipments include $100
USPS Tracking® service included fo
Limited international insurance.**
When used internationally, a custo
surance does not cover certain items. For d
mestic Mail Manual at http://pe.usps.com.
ee International Mail Manual at http://pe.u

FLAT RATE ENVE
NE RATE ■ ANY WEIGHT

TRACKED ■ INSUR

PS00001000014

US POSTAGE IMI  8638410081752340  2000392381
$10.45
SSK
PM
10/08/24   Mailed from 33436   028W2311536

PRIORITY MAIL®

ANGELO GASPARRI
KELLEY KRONENBERG
10360 W STATE ROAD 84
FORT LAUDERDALE FL 33324

2.24 oz
RDC 03

EXPECTED DELIVERY DAY: 10/11/24

C040

SHIP TO:
US DISTRICT COURT WESTERN DISTRICT
110 MICHIGAN ST NW
GRAND RAPIDS MI 49503-2300

USPS TRACKING® NUMBER

9505 5065 9856 4282 5639 24

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Angelo A. Gasparri, Esq.
Kelley Kronenberg
10360 W. State Road 84
Fort Lauderdale, FL
                    33324

TO: United States District Cou
Western District of Michigan
399 Federal Building
110 Michigan Street NW
Grand Rapids, MI  49503

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL U